UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HENRY MORALES HERNANDEZ,

Petitioner,

Case No. 2:26-cv-2292-KCD-NPM

v.

SHERIFF DAVID HARDIN, SHERIFF OF GLADES COUNTY AND WARDEN, GLADES COUNTY DETENTION CENTER, *et al.*,

Respondents.

______________________________/

**ORDER**

Petitioner Henry Morales Hernandez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.)[1] He also sought an injunction ordering his immediate release from ICE custody. (*Id.* at 43.) Since filing the petition, Hernandez has accepted an order of voluntary departure and waived appeal. (Doc. 6-1 at 7-9.) That leaves his case moot. *See, e.g.*, *Zapeta v. Exec. Dir. of the Fla. Div. of Emergency Mgmt.*, No. 2:25-CV-00697-JLB-KCD, 2025 WL 2432501, at *3 (M.D. Fla. Aug. 22, 2025).

Hernandez's habeas petition (Doc. 1) is **DENIED as moot**. Should Hernandez's voluntary departure fall through, he can refile his habeas

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

petition. The Clerk of Court is **DIRECTED** to terminate all deadlines, deny any pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida on August 28, 2026.

Kyle C. Dudek
United States District Judge